UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Silvernail,

                        Plaintiff(s),

        -against –

Capital One, N.A. et al,

                        Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:25-CV-07206 (CS)

<u>Seibel, J.</u>

    It having been reported to this Court that the claims in this case have been settled **(as only to Defendant Equifax Information Services, LLC)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant Equifax Information Services, LLC)**; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

    **SO ORDERED**.

Dated: November 21, 2025
       White Plains, New York

                                                                      CATHY SEIBEL, U.S.D.J.