UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASIE SILVERNAIL,<br><br>      **Plaintiff,**<br><br>    v.<br><br>CAPITAL ONE, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; and EXPERIAN INFORMATION SERVICES, LLC,<br><br>      **Defendants.** | Case No. 25-cv-7206 |

## ANSWER

    Defendant Capital One, N.A. ("Capital One"), by counsel states as follows as its Answer in response to the Complaint filed by Plaintiff Casie Silvernail ("Plaintiff"):

## INTRODUCTION

    1.    Capital One admits that Plaintiff purports to bring this action under the Fair Credit Reporting Act ("FCRA"). Capital One denies that it violated the FCRA and denies that Plaintiff is entitled to any of the requested relief against Capital One.

## PARTIES

    2.    Capital One lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 2 of the Complaint and therefore denies the same.

    3.    The allegations in Paragraph 3 of the Complaint states legal conclusions not requiring a response. To the extent the allegations are contrary to law, they are denied.

4.      Capital One admits that it is a national association doing business in New York. The remaining allegations in paragraph 4 of the Complaint are legal conclusions to which no response is required.  To the extent the allegations are contrary to law, they are denied.

5.      Paragraph 5 of the Complaint states conclusions of law, to which no response in necessary. To the extent the allegations are contrary to law, they are denied.

6.      The allegations in Paragraph 6 of the Complaint pertain to another defendant, and Capital One is without knowledge or information sufficient to form a belief as to the truth of the allegations asserted. To the extent the statement can be construed as asserting allegations against Capital One, the allegations are denied.

7.      The allegations in Paragraph 7 of the Complaint pertain to another defendant, and Capital One is without knowledge or information sufficient to form a belief as to the truth of the allegations asserted. To the extent the statement can be construed as asserting allegations against Capital One, the allegations are denied.

8.      The allegations in Paragraph 8 of the Complaint pertain to another defendant, and Capital One is without knowledge or information sufficient to form a belief as to the truth of the allegations asserted. To the extent the statement can be construed as asserting allegations against Capital One, the allegations are denied.

9.      Paragraph 9 of the Complaint states conclusions of law, to which no response in necessary. To the extent the allegations are contrary to law, they are denied.

10.     The allegations in Paragraph 10a of the Complaint pertain to another defendant, and Capital One is without knowledge or information sufficient to form a belief as to the truth of the allegations asserted. To the extent the statement can be construed as asserting allegations against Capital One, the allegations are denied.

11. Paragraph 11 of the Complaint states conclusions of law, to which no response in necessary. To the extent the allegations are contrary to law, they are denied.

## JURISDICTION AND VENUE

12. Paragraph 12 of the Complaint states conclusions of law, to which no response in necessary. To the extent the allegations are contrary to law, they are denied.

13. Paragraph 13 of the Complaint states conclusions of law, to which no response in necessary. To the extent the allegations are contrary to law, they are denied.

14. Paragraph 14 of the Complaint states conclusions of law, to which no response in necessary. To the extent the allegations are contrary to law, they are denied.

## FACTUAL ALLEGATIONS

15. Capital One lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 15 of the Complaint and therefore denies the same.

16. Capital One lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 16 of the Complaint and therefore denies the same.

17. Capital One lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 17 of the Complaint and therefore denies the same.

18. Paragraph 18 of the Complaint states conclusions of law, to which no response in necessary. To the extent the allegations are contrary to law, they are denied.

19. Capital One lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 19 of the Complaint and therefore denies the same.

20. Capital One lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 20 of the Complaint and therefore denies the same.

21. Capital One denies the allegations in Paragraph 21 of the Complaint.

22. Capital One lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 22 of the Complaint and therefore denies the same.

## **PLAINTIFF'S WRITTEN DISPUTE**

23. Capital One lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 23 of the Complaint and therefore denies the same.

24. Capital One lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 24 of the Complaint and therefore denies the same.

25. Capital One lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 25 of the Complaint and therefore denies the same.

26. Capital One denies the allegations in Paragraph 26 of the Complaint.

27. Capital One denies the allegations in Paragraph 27 of the Complaint.

28. Capital One lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 28 of the Complaint and therefore denies the same.

29. Capital One lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 29 of the Complaint and therefore denies the same.

30. Capital One denies the allegations in Paragraph 30 of the Complaint.

31. Capital One lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 31 of the Complaint and therefore denies the same.

32. Capital One denies the allegations in Paragraph 32 of the Complaint.

33. Capital One lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 33 of the Complaint and therefore denies the same.

34. Capital One lacks knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Paragraph 34 of the Complaint and therefore denies the same.

## Count I – EXPERIAN AND EQUIFAX

### Fair Credit Reporting Act Violation – 15 U.S.C. § 1681e(b)

35. Capital One incorporates its responses and denials to paragraphs 1 through 34 of Plaintiff's Complaint as if fully restated.

36. No answer to Paragraph 36 of Plaintiff's Complaint is necessary because the allegations are directed at Experian and Equifax, and Plaintiff fails to state any allegations against Capital One. To the extent a response is required, Capital One denies the allegations in Paragraph 36 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the matter alleged.

37. No answer to Paragraph 37 of Plaintiff's Complaint is necessary because the allegations are directed at Experian and Equifax, and Plaintiff fails to state any allegations against Capital One. To the extent a response is required, Capital One denies the allegations in Paragraph 37 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the matter alleged.

38. No answer to Paragraph 38 of Plaintiff's Complaint is necessary because the allegations are directed at Experian and Equifax, and Plaintiff fails to state any allegations against Capital One. To the extent a response is required, Capital One denies the allegations in Paragraph 38 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the matter alleged.

39. No answer to Paragraph 39 of Plaintiff's Complaint is necessary because the allegations are directed at Experian and Equifax, and Plaintiff fails to state any allegations against Capital One. To the extent a response is required, Capital One denies the allegations in Paragraph 39 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the matter alleged.

40. No answer to Paragraph 40 of Plaintiff's Complaint is necessary because the allegations are directed at Experian and Equifax, and Plaintiff fails to state any allegations against Capital One. To the extent a response is required, Capital One denies the allegations in Paragraph 40 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the matter alleged.

41. No answer to Paragraph 41 of Plaintiff's Complaint is necessary because the allegations are directed at Experian and Equifax, and Plaintiff fails to state any allegations against Capital One. To the extent a response is required, Capital One denies the allegations in Paragraph 41 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the matter alleged.

## COUNT II – EXPERIAN AND EQUIFAX

### Fair Credit Reporting Act Violation – § 1681i

42. Capital One incorporates its responses and denials to paragraphs 1 through 42 of Plaintiff's Complaint as if fully restated.

43. No answer to Paragraph 43 of Plaintiff's Complaint is necessary because the allegations are directed at Experian and Equifax, and Plaintiff fails to state any allegations against Capital One. To the extent a response is required, Capital One denies the allegations in Paragraph 43 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the matter alleged.

44. No answer to Paragraph 44 of Plaintiff's Complaint is necessary because the allegations are directed at Experian and Equifax, and Plaintiff fails to state any allegations against Capital One. To the extent a response is required, Capital One denies the allegations in Paragraph 44 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the matter alleged.

45. No answer to Paragraph 45 of Plaintiff's Complaint is necessary because the allegations are directed at Experian and Equifax, and Plaintiff fails to state any allegations against Capital One. To the extent a response is required, Capital One denies the allegations in Paragraph 45 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the matter alleged.

46. No answer to Paragraph 46 of Plaintiff's Complaint is necessary because the allegations are directed at Experian and Equifax, and Plaintiff fails to state any allegations against Capital One. To the extent a response is required, Capital One denies the allegations in Paragraph 46 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the matter alleged.

47. No answer to Paragraph 47 of Plaintiff's Complaint is necessary because the allegations are directed at Experian and Equifax, and Plaintiff fails to state any allegations against Capital One. To the extent a response is required, Capital One denies the allegations in Paragraph 47 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the matter alleged.

48. No answer to Paragraph 48 of Plaintiff's Complaint is necessary because the allegations are directed at Experian and Equifax, and Plaintiff fails to state any allegations against Capital One. To the extent a response is required, Capital One denies the allegations in Paragraph 48 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the matter alleged.

## **COUNT III – CAPITAL ONE**

Fair Credit Reporting Act Violation – 15 U.S.C. § 1681s-2(b)

49. Capital One incorporates its responses and denials to paragraphs 1 through 48 of Plaintiff's Complaint as if fully restated.

50. Capital One denies the allegations in Paragraph 50 of the Complaint.

51. Capital One denies the allegations in Paragraph 51 of the Complaint.

52. Capital One denies the allegations in Paragraph 52 of the Complaint.

53. Capital One denies the allegations in Paragraph 53 of the Complaint.

54. Capital One denies the allegations in Paragraph 54 of the Complaint.

55. Capital One denies the allegations in Paragraph 55 of the Complaint.

## DEMAND FOR JURY TRIAL

Capital One admits that Plaintiff has requested a trial by jury in this action.

## PRAYER FOR RELIEF

Capital One denies that Plaintiff is entitled to any requested relief. Capital One denies any allegation contained in the Complaint that is not expressly admitted by Capital One.

## ADDITIONAL DEFENSES

Without admitting any of the allegations Plaintiff's Complaint, and without admitting or acknowledging that Capital One bears the burden of proof as to any of them, Capital One asserts the following additional defenses. Capital One intends to rely on any other defenses that become available or apparent during pretrial proceedings and discovery in this action and reserves the right to assert all such defenses, including, but not limited to, those defenses listed in Rule 8(c) of the Federal Rule of Civil Procedure.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a cause of action against Capital One upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims against Capital One are barred to the extent that all information Capital One communicated to any third person regarding Plaintiff was true.

**THIRD AFFIRMATIVE DEFENSE**

Any recovery Plaintiff receives is subject to a set off if any damages are awarded against Capital One, in the amount of any damages or settlement amounts recovered by Plaintiff with respect to the same alleged damages. Capital One is also entitled to have any damages that may be awarded to Plaintiff reduced by the value of any benefit or payment to Plaintiff from any collateral source.

**FOURTH AFFIRMATIVE DEFENSE**

Any violation of the FCRA by Capital One, if any, was unintentional or the result of a bona fide error notwithstanding the maintenance of policies and procedures reasonably adapted to avoid such errors.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff's claim fails because at all pertinent times, Capital One acted in good faith and without malice of intent to injure or deceive.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiff has not sufficiently alleged (nor can Plaintiff prove) that Capital One willfully violated the FCRA.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's damages, if any, are the result of Plaintiff's own action and/or omissions and/or the actions and/or omissions of parties other than Capital One or third parties over whom Capital One has no control.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff's claims fail to the extent that they are barred, in whole or in part because Plaintiff has failed to mitigate Plaintiff's damages.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff's alleged damages, if any, are not compensable to the extent they are speculative or uncertain.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff lacks injury or damages, whether actual, presumed, or otherwise.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claim for punitive damages fail to the extent that the Complaint fails to state a claim for relief for punitive damages.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to the extent that Plaintiff's claims are barred by the applicable statute of limitations, including but not limited to 15 U.S.C. § 1681p, or by the doctrine of laches.

WHEREFORE, Defendant Capital One, N.A. respectfully requests that the Complaint be dismissed with prejudice as to Capital One, N.A., and that it be awarded all just and equitable relief the Court deems fit.

Dated: December 1, 2025  
      New York, NY

Respectfully submitted,

/s/ *Dylan P. McGowan*  
Dylan P. McGowan  
TROUTMAN PEPPER LOCKE LLP  
875 Third Avenue  
New York, NY 10022  
Tel.: 212-808-2719  
Fax: 212-704-6288  
Email: dylan.mcgowan@troutman.com

*Counsel for Capital One, N.A.*